UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHMED FOUAD ALI,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>　　　　　　　Respondent. | Case No. C10-846-TSZ<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's Amended Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss Amended Petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

　　1.　　The Court adopts the unopposed Report and Recommendation;

　　2.　　Respondent's motion to dismiss (Dkt. 18) is **GRANTED**, and this action is **DISMISSED** with prejudice; and

　　3.　　The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 10th day of January, 2011.

　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL- 1